IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAKAL HARRIS | : | No. 18-cr-315-7 |

**ORDER**

AND NOW, this 31st day of May, 2021, upon the consideration of Defendant Makal Harris's Motion to Suppress (Doc. No. 630), the Government's Response in Opposition (Doc. No. 651), the hearing on April 27, 2022, and the parties' post-argument Supplemental Memoranda (Doc. Nos. 680, 681), it is **ORDERED** that the Motion to Suppress (Doc. No. 630) is **GRANTED IN PART** and **DENIED IN PART WITHOUT PREJUDICE** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1